**FILED**
May 30, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )        Case No. 2:07MJ00170-GGH
        Plaintiff,                )
                                  )        ORDER FOR RELEASE OF
v.                                )        PERSON IN CUSTODY
                                  )
RICHARD O'CONNOR,                 )
                                  )
        Defendant.                )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __RICHARD O'CONNOR__ , Case No. __2:07MJ00170-GGH__ , Charge __18USC § 922(a)(6) and 924(a)(1)(B)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___    Release on Personal Recognizance

   ___    Bail Posted in the Sum of $_____

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

   ✔    (Other)        __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 30, 2007__ at __2:00 pm__ .

                                By   /s/ Gregory G. Hollows
                                     Gregory G. Hollows
                                     United States Magistrate Judge